**B1 (Official Form 1)(4/10)**

# United States Bankruptcy Court
## Eastern District of Missouri

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): **Chemical Building Acquisition LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) **20-3977984** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State): **721 Olive Street, Saint Louis, MO** ZIP Code **63101** | Street Address of Joint Debtor (No. and Street, City, and State): ZIP Code |
| County of Residence or of the Principal Place of Business: **Saint Louis City** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): **1223 Wilshire Blvd., Suite 1012, Santa Monica, CA** ZIP Code **90403** | Mailing Address of Joint Debtor (if different from street address): ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

### Type of Debtor (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business (Check one box)
- ☐ Health Care Business
- ■ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

### Tax-Exempt Entity (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

### Filing Fee (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Chemical Building Acquisition LLC** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>■ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Chemical Building Acquisition LLC** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X /s/ A. Thomas DeWoskin ARN**
Signature of Attorney for Debtor(s)

**A. Thomas DeWoskin ARN 2953**
Printed Name of Attorney for Debtor(s)

**Danna McKitrick, P.C.**
Firm Name

**7701 Forsyth Blvd.**
**Suite 800**
**St. Louis, MO 63105**

Address

**Email: tdewoskin@dmfirm.com**
**314-726-1000  Fax: 314-725-6592**
Telephone Number

**September 28, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X /s/ Curtis E. Schroder or Theodore E. Fundoukos**
Signature of Authorized Individual

**Curtis E. Schroder or Theodore E. Fundoukos**
Printed Name of Authorized Individual

**Authorized Members**
Title of Authorized Individual

**September 28, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1A (Official Form 1, Exhibit A) (9/97)
*[If debtor is required to file periodic reports (e.g. forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

# United States Bankruptcy Court
## Eastern District of Missouri

In re **Chemical Building Acquisition LLC** Case No.
Debtor(s) Chapter **11**

## EXHIBIT "A" TO VOLUNTARY PETITION

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is ____.

2. The following financial data is the latest available information and refers to the debtor's condition on **September 15, 2010**.

   a. Total assets $ **4,000,000.00**

   b. Total debts (including debts listed in 2.c., below) $ **9,213,383.00**

   c. Debt securities held by more than 500 holders:

   Approximate number of holders:

   | | | | | | | |
   |---|---|---|---|---|---|---|
   | secured ☐ | unsecured ☐ | subordinated ☐ | $ | 0.00 | | 0 |
   | secured ☐ | unsecured ☐ | subordinated ☐ | $ | 0.00 | | 0 |
   | secured ☐ | unsecured ☐ | subordinated ☐ | $ | 0.00 | | 0 |
   | secured ☐ | unsecured ☐ | subordinated ☐ | $ | 0.00 | | 0 |
   | secured ☐ | unsecured ☐ | subordinated ☐ | $ | 0.00 | | 0 |

   d. Number of shares of preferred stock  0   0

   e. Number of shares common stock  1   1

   Comments, if any:

3. Brief description of Debtor's business:
   **Debtor owns and manages a 17-story historical office building at 721 Olive Street, St. Louis, MO 63101**

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
   **721 Olive, LLC**

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of Missouri

In re  **Chemical Building Acquisition LLC**                Case No.
                                            Debtor(s)       Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Centrue Bank<br>7700 Bonhomme, Suite 300<br>Saint Louis, MO 63105 | Keith Francis, VP<br>Centrue Bank<br>7700 Bonhomme, Suite 300<br>Saint Louis, MO 63105<br>314-505-5503 | 17-story office building at 721 Olive Street, St. Louis, MO 63101 | | 7,815,923.00<br><br>(4,000,000.00 secured) |
| Chemical Building General Partnership<br>721 Olive Street<br>Saint Louis, MO 63102 | Alan Pervil<br>Chemical Building General Partnership<br>721 Olive Street<br>Saint Louis, MO 63102<br>314-241-4850 | Loan | | 2,204,196.00 |
| Great Southern Bank<br>3 City Place Drive, Suite 570<br>Saint Louis, MO 63141 | Carol Hanson<br>Great Southern Bank<br>3 City Place Drive, Suite 570<br>Saint Louis, MO 63141<br>314-692-8213 | 17-story office building at 721 Olive Street, St. Louis, MO 63101 | | 351,625.00<br>(4,000,000.00 secured)<br>(7,815,923.00 senior lien) |
| Rosemann & Associates<br>1626 Grand blvd.<br>Kansas City, MO 64108 | Don Rosemann<br>Rosemann & Associates<br>1626 Grand blvd.<br>Kansas City, MO 64108<br>816-728-2450 | Professional services | | 317,631.00 |
| MacNet Global<br>273 Breach and Cheese Hollow Road<br>Northport, NY 11768-2609 | Keith Macartney<br>MacNet Global<br>273 Breach and Cheese Hollow Road<br>Northport, NY 11768-2609<br>631-292-4141 | Loan | | 281,875.00 |
| Horizon Environmental<br>2025 Zumbehl Road, Suite 58<br>Saint Charles, MO 63303 | Michael Renfroe<br>Horizon Environmental<br>2025 Zumbehl Road, Suite 58<br>Saint Charles, MO 63303<br>636-346-0508 | Construction services | | 80,481.00 |
| REIA of NYC Partners, LLC<br>500 Campus Drive, Suite 200<br>Morganville, NJ 07751 | Joe Scorese<br>REIA of NYC Partners, LLC<br>500 Campus Drive, Suite 200<br>Morganville, NJ 07751<br>215-259-3599 | Loan | | 73,710.00 |

**B4 (Official Form 4) (12/07) - Cont.**

In re **Chemical Building Acquisition LLC**     Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Friedman Development Group LTD & Irvin Friedman Revocable Trust**<br>**245 Union Blvd.**<br>**Saint Louis, MO 63108** | **Eric Friedman**<br>**Friedman Development Group LTD & Irvin Friedman Revocable Trust**<br>**245 Union Blvd.**<br>**Saint Louis, MO 63108**<br>**314-367-2800** | **Professional services** | | **66,109.00** |
| **Husch Blackwell Sanders**<br>**165 Carondelet, Suite 600**<br>**Saint Louis, MO 63105** | **David Richardson**<br>**Husch Blackwell Sanders**<br>**165 Carondelet, Suite 600**<br>**Saint Louis, MO 63105**<br>**314-480-1718** | **Professional services** | | **34,478.00** |
| **Farnsworth Group**<br>**2858 Paysphere Circle**<br>**Chicago, IL 60674** | **Michael O'Neil**<br>**Farnsworth Group**<br>**2858 Paysphere Circle**<br>**Chicago, IL 60674**<br>**309-663-8435** | **Professional services** | | **33,000.00** |
| **Collector of Revenue**<br>**City of St. Louis**<br>**1200 Market Street, Room 109**<br>**Saint Louis, MO 63103-2838** | **Collector of Revenue**<br>**City of St. Louis**<br>**1200 Market Street, Room 109**<br>**Saint Louis, MO 63103-2838** | | | **21,258.17** |
| **Horizon Environmental**<br>**2025 Zumbehl Road, Suite 58**<br>**Saint Charles, MO 63303** | **Michael Renfroe**<br>**Horizon Environmental**<br>**2025 Zumbehl Road, Suite 58**<br>**Saint Charles, MO 63303**<br>**636-346-0508** | **Construction services** | | **21,000.00** |
| **City of St. Louis, Office of Comptroller**<br>**212 City Hall, Room 311**<br>**Saint Louis, MO 63103** | **Dale Ruthsatz**<br>**City of St. Louis, Office of Comptroller**<br>**212 City Hall, Room 311**<br>**Saint Louis, MO 63103**<br>**314-622-3400** | **Fees** | | **19,100.00** |
| **Collector of Revenue**<br>**City of St. Louis**<br>**1200 Market Street, Room 109**<br>**Saint Louis, MO 63103-2838** | **Collector of Revenue**<br>**City of St. Louis**<br>**1200 Market Street, Room 109**<br>**Saint Louis, MO 63103-2838** | | | **17,062.13** |
| **Collector of Revenue**<br>**City of St. Louis**<br>**1200 Market Street, Room 109**<br>**Saint Louis, MO 63103-2838** | **Collector of Revenue**<br>**City of St. Louis**<br>**1200 Market Street, Room 109**<br>**Saint Louis, MO 63103-2838** | | | **15,906.92** |
| **MMA Holdings**<br>**500 Campus Drive, Suite 200**<br>**Morganville, NJ 07751** | **Joe Scorese**<br>**MMA Holdings**<br>**500 Campus Drive, Suite 200**<br>**Morganville, NJ 07751**<br>**215-259-3599** | **Loan** | | **13,225.00** |
| **Cooper Government Services**<br>**334 Nantucket Drive**<br>**Ballwin, MO 63011** | **James Cooper**<br>**Cooper Government Services**<br>**334 Nantucket Drive**<br>**Ballwin, MO 63011**<br>**314-214-8255** | **Professional services** | | **12,855.00** |

B4 (Official Form 4) (12/07) - Cont.

In re **Chemical Building Acquisition LLC** Case No. _____
                                         Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Weiss & Associates<br>1015 Locust Street, Suite 400<br>Saint Louis, MO 63101 | Mimi Douthitt<br>Weiss & Associates<br>1015 Locust Street, Suite 400<br>Saint Louis, MO 63101<br>314-588-9500 | Professional services | | 9,606.17 |
| Welsh, Flatness & Lutz Inc.<br>308 North 21st Street<br>Saint Louis, MO 63103 | Mike Gregorious<br>Welsh, Flatness & Lutz Inc.<br>308 North 21st Street<br>Saint Louis, MO 63103<br>314-436-2399 | Professional services | | 9,230.00 |
| Premium Financing Specialists Corp.<br>P. O. Box 419090<br>Kansas City, MO 64141-6090 | Premium Financing Specialists Corp.<br>P. O. Box 419090<br>Kansas City, MO 64141-6090<br>800-255-6316 | Insurance | | 8,681.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

     I, the Authorized Members of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **September 28, 2010**        Signature **/s/ Curtis E. Schroder or Theodore E. Fundoukos**
                                                                         **Curtis E. Schroder or Theodore E. Fundoukos**
                                                                         **Authorized Members**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Eastern District of Missouri

In re: **Chemical Building Acquisition LLC**
Debtor(s)

Case No.
Chapter **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept (hourly) | $ 0.00 |
   | Prior to the filing of this statement I have received | $ 11039.00 |
   | Balance Due | $ 0.00 |

2. The source of the compensation paid to me was:
   ☐ Debtor   ☒ Other (specify):   Diversity Capital Fund LLC, a related entity

3. The source of compensation to be paid to me is:
   ☒ Debtor   ☐ Other (specify):

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: **September 27, 2010**

/s/ **A. Thomas DeWoskin**
**A. Thomas DeWoskin ARN 2953**
**Danna McKitrick, P.C.**
**7701 Forsyth Blvd.**
**Suite 800**
**St. Louis, MO 63105**
**314-726-1000   Fax: 314-725-6592**
**tdewoskin@dmfirm.com**

# United States Bankruptcy Court
### Eastern District of Missouri

In re   **Chemical Building Acquisition LLC**                   ,   Case No. _____
                          Debtor
                                                                 Chapter                **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **721 Olive, LLC** | | | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Authorized Members of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **September 28, 2010**                    Signature  **/s/ Curtis E. Schroder or Theodore E. Fundoukos**
                                                           **Curtis E. Schroder or Theodore E. Fundoukos**
                                                           **Authorized Members**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                          18 U.S.C §§ 152 and 3571.

**0**   continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
### Eastern District of Missouri

In re   **Chemical Building Acquisition LLC**                  Case No.
                                            Debtor(s)                 Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX

      The above named debtor(s) hereby certifies/certify under penalty of perjury that the attached list containing the names and addresses of my creditors (Matrix), consisting of **2** page(s) and is true, correct and complete.


                                                      **/s/ Curtis E. Schroder or Theodore E. Fundoukos**
                                                      **Curtis E. Schroder or Theodore E. Fundoukos**/**Authorized Members**
                                                      Signer/Title


                             Dated:     **September 28, 2010**

A&S Environmental
7419 S. Rock Hill Road
Saint Louis, MO 63123

Ameren UE
P. O. Box 66529
Saint Louis, MO 63166

Centrue Bank
7700 Bonhomme, Suite 300
Saint Louis, MO 63105

Chemical Building General Partnership
721 Olive Street
Saint Louis, MO 63102

City of St. Louis, Office of Comptroller
212 City Hall, Room 311
Saint Louis, MO 63103

Collector of Revenue
City of St. Louis
1200 Market Street, Room 109
Saint Louis, MO 63103-2838

Cooper Government Services
334 Nantucket Drive
Ballwin, MO 63011

Diversity Capital Fund LLC
P. O. Box 768
Oak Bluffs, MA 02557-0768

Farnsworth Group
2858 Paysphere Circle
Chicago, IL 60674

Friedman Development Group LTD
& Irvin Friedman Revocable Trust
245 Union Blvd.
Saint Louis, MO 63108

Great Southern Bank
3 City Place Drive, Suite 570
Saint Louis, MO 63141

Horizon Environmental
2025 Zumbehl Road, Suite 58
Saint Charles, MO 63303

Husch Blackwell Sanders
165 Carondelet, Suite 600
Saint Louis, MO 63105

Kessler Mroz Jewelery
777 Olive Street, Suite 101
Saint Louis, MO 63101

M. L. Kings Beauty
310 North 8th Street
Saint Louis, MO 63101

MacNet Global
273 Breach and Cheese Hollow Road
Northport, NY 11768-2609

MMA Holdings
500 Campus Drive, Suite 200
Morganville, NJ 07751

Premium Financing Specialists Corp.
P. O. Box 419090
Kansas City, MO 64141-6090

REIA of NYC Partners, LLC
500 Campus Drive, Suite 200
Morganville, NJ 07751

Rosemann & Associates
1626 Grand blvd.
Kansas City, MO 64108

Rubin Brown
One North Brentwood
Saint Louis, MO 63105

Spring National Lease Management
6391 Sprint Parakway
Mail Stop: KSOPHT0101-/2650
Overland Park, KS 66251-2650

Sprint Nextel
Accounts Payable
2001 Edmund Halley Drive
Reston, VA 20191

T-Mobile USA Inc.
12920 SE 38th Street
Bellevue, WA 98006

Weiss & Associates
1015 Locust Street, Suite 400
Saint Louis, MO 63101

Welsh, Flatness & Lutz Inc.
308 North 21st Street
Saint Louis, MO 63103

# United States Bankruptcy Court
## Eastern District of Missouri

In re **Chemical Building Acquisition LLC**  
Debtor(s)

Case No. _____  
Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Chemical Building Acquisition LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**721 Olive, LLC**

☐ None [*Check if applicable*]

**September 28, 2010**  
Date

**/s/ A. Thomas DeWoskin ARN**  
**A. Thomas DeWoskin ARN 2953**  
Signature of Attorney or Litigant  
Counsel for **Chemical Building Acquisition LLC**  
**Danna McKitrick, P.C.**  
**7701 Forsyth Blvd.**  
**Suite 800**  
**St. Louis, MO 63105**  
**314-726-1000 Fax:314-725-6592**  
**tdewoskin@dmfirm.com**